39,583-37

Billy C. Wilkins #817648                                02/08/2015
1050 W. Commerce
Brownwood, Tex. 76801

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 12 2015
Abel Acosta, Clerk

In Re: Petition For Writ of Certiorari
        WR-39,583-37

Dear Abel Acosta, Clerk

    Sir, I am sorry to interrupt your office, however I am in great need of your assistance, please. This concerns the complaint I have argued so many years is defective. Because so many years have passed and new magistrate's of the county have taken office many many times I've spoke to the county clerk trying to obtain another certified to be true and correct copy of this complaint. She has inform me that all of Justice of the Peace Ronnie Lappe is court records have been destroyed. This complaint is no longer available from that court. Since application for a writ of habeas corpus 13,872-2 WR, 39,583-B there are five certified to be true and correct copies of this complaint presented to you to present to the court. Other records required to meet my burden of proof such as Deputy Sheriff Vance Hill is investigation report, indictment and motions filed by attorney are trial court records. Being presently incarcerated in the Brown County Jail I am without funds in which to pay for the copy. I am 60 years old and have no family who can pay for the copy. I kindly ask please will you allow me just one copy of one of the certified to be true and correct copies of this complaint that was used as an exhibit to each application. This complaint is marked with the number 4226. I would be forever in your debt that you'd be so kind to mail to me this complaint that request.
    Thank you for your time and help with this matter.
                                        Respectfully,
                                        Billy C. Wilkins